■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD DEGRIJZE, Appellant. [841 NYS2d 460]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 28, 1993 (*People v Degrijze,* 194 AD2d 801 [1993]), affirming a judgment of the Supreme Court, Queens County, rendered April 15, 1991.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Miller, J.P., Schmidt, Crane and Santucci, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARIUS JEAN, Appellant. [841 NYS2d 460]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated December 13, 2004 (*People v Jean,* 13 AD3d 466 [2004]), affirming a judgment of the County Court, Rockland County, rendered November 21, 2002, and a resentence of the same court imposed March 12, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Miller, J.P., Crane, Goldstein and Skelos, JJ., concur.